**No. 61807.**—William H. Katzenberg, Inc. *v.* United States, protest 306631–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiff was sustained.

**No. 61808.**—Max Mandel Laces, Inc. *v.* United States, protest 321929–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of point d'esprit net the same in all material respects as that the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 61809.**—Airport Clearance Service *v.* United States, protest 310327–K (New York).

Opinion by Ford, J. The protest was dismissed for lack of prosecution.

**No. 61810.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 310356–K (New York).

Opinion by Ford, J. The protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, APRIL 10, 1958

**No. 61811.**—W. R. Zanes & Company *v.* United States, protest 214695–K (Galveston).

Opinion by Johnson, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.